**Exhibit A**

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 115 | 50.194.133.121 | 02/14/2013 13:17:06 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 116 | 107.2.232.179 | 02/14/2013 15:55:39 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 117 | 50.152.16.247 | 02/14/2013 19:06:50 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 119 | 98.245.253.239 | 02/15/2013 08:09:39 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 121 | 71.229.159.147 | 02/15/2013 19:56:50 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 123 | 107.2.135.69 | 02/16/2013 09:01:04 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 124 | 24.9.171.18 | 02/16/2013 22:30:44 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 125 | 75.71.115.71 | 02/17/2013 19:01:21 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 127 | 98.245.33.210 | 02/18/2013 06:03:11 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 128 | 174.51.102.214 | 02/18/2013 08:06:37 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 129 | 71.229.249.68 | 02/18/2013 11:57:17 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 130 | 50.134.172.218 | 02/18/2013 13:40:53 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 133 | 67.164.255.202 | 02/18/2013 20:02:57 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 137 | 24.8.55.204 | 02/19/2013 04:38:15 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 139 | 67.162.141.178 | 02/20/2013 02:21:48 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 140 | 76.120.1.224 | 02/20/2013 04:52:40 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 144 | 71.56.210.71 | 02/21/2013 05:32:12 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 147 | 98.245.179.216 | 02/22/2013 09:22:46 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 148 | 67.173.232.177 | 02/22/2013 18:42:03 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 149 | 24.9.65.9 | 02/23/2013 08:13:17 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 150 | 98.245.208.219 | 02/23/2013 09:36:04 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 151 | 98.245.160.121 | 02/23/2013 18:04:06 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 153 | 75.70.174.163 | 02/24/2013 04:31:44 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 154 | 24.8.133.246 | 02/24/2013 12:00:23 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 155 | 67.165.197.88 | 02/24/2013 12:08:15 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |