IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01171-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DOES 115, 116, 117, 119, 121, 123, 124, 125, 127, 130, 133, 137, 139, 140, 144, 147, 148, 149, 150, 151, 153, 154, and 155,

    Defendants.

## ORDER

    In accordance with the Notice of Dismissal of Doe No. 129 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on July 16, 2013 (ECF No. 16), it is

    ORDERED that Defendant Doe No. 129 is **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

    Dated:  July 18, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge