IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01171-WYD-MEH

PURZEL VIDEO GmbH,

   Plaintiff,

v.

DOES 116, 117, 123, 128, 130, 133, 137, 140, 144, 149, 151, 153, and 155,

   Defendants.

## ORDER

In accordance with the Notice of Dismissal of Doe No. 115, 119, 121, 124, 125, 127, 139, 147, 148, 150, and 154 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on August 2, 2013 (ECF No. 18), it is

ORDERED that Defendant Doe Nos. 115, 121, 127, 139, 147, and 154 are **DISMISSED WITHOUT PREJUDICE**.  Doe Nos. 119, 124, 125, 148, and 150 are **DISMISSED WITH PREJUDICE**.  These Does shall hereafter be taken off the caption.

Dated:  August 6, 2013

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge