IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01171-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

CYRUS ST. PIERRE, JAMES WARREN,
and CHAD PETERSON,

    Defendants.

## ORDER

    In accordance with the Notice of Dismissal of Chad Peterson Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on October 8, 2013 (ECF No. 31), it is

    ORDERED that Defendant Chad Peterson is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

    Dated:  October 8, 2013

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge