IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-001171-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

CYRUS ST. PIERRE, and
JAMES WARREN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 12, 2013.**

    Plaintiff's Motion and Memorandum for Default Judgment against Defendant James Warren [filed November 8, 2013; docket #42] is **denied without prejudice** for Plaintiff's failure to comply with Fed. R. Civ. P. 5(d)(1) and D.C. Colo. LCivR 5.1G by failing to attach a certificate of service demonstrating that the motion was served upon Mr. Warren at his last known address.