IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01171-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

CYRUS ST. PIERRE,

    Defendant.

---

**ORDER**

---

In accordance with the Stipulation of Dismissal Between Purzel Video GMBH and Cyrus St. Pierre filed January 25, 2014 (ECF No. 58), it is

ORDERED that Defendant Cyrus St. Pierre is **DISMISSED WITH PREJUDICE**, and this case is terminated since there are no remaining Defendants.

Dated:  January 27, 2014

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge